STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

CA 06-1025
consolidated with CA 06-1024

LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY

VERSUS

ANTHONY MARQUEZ

consolidated with

ANTHONY MARQUEZ

VERSUS

PROGRESSIVE INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, DOCKET NO. 222,245 c/w 220,284
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE

**********

JAMES T. GENOVESE
JUDGE

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and James T. Genovese, Judges.

**AFFIRMED.**

Maria A. Losavio
Losavio Law Office, L.L.C.
1821 MacArthur Drive
Alexandria, Louisiana 71315-2420
(318) 767-9033
COUNSEL FOR PLAINTIFF/APPELLANT:
    Anthony Marquez

**Brandon A. Sues**
**Gold, Weems, Bruser, Sues & Rundell**
**201 MacArthur Drive**
**Post Office Box 6118**
**Alexandria, Louisiana  71307-6118**
**(318) 445-6471**
**COUNSEL FOR APPELLEE:**
     **Rapides Healthcare System, L.L.C.**
     **d/b/a Rapides Regional Medical Center**


**Ian A. McDonald**
**Perret Doise**
**600 Jefferson Street, Suite 1200**
**Post Office Box 3408**
**Lafayette, Louisiana 70502**
**(337) 262-9000**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Progressive Insurance Company**


**J. Payne Williams**
**Williams Family Law Firm, L.L.C.**
**162 Jefferson Street**
**Post Office Box 15**
**Natchitoches, Louisiana 71458-0015**
**(318) 352-6695**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Louisiana Farm Bureau Mutual Insurance Company**


**Thomas Overton Wells**
**1254 Dorchester Drive**
**Post Office Box 13438**
**Alexandria, Louisiana 71315**
**(318) 445-4500**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
     **John P. Skrobarcek and Kristy Skrobarcek**


**Ellis G. Saybe**
**Davis & Saybe, L.L.P.**
**Post Office Box 12430**
**Alexandria, Louisiana 71315**
**(318) 445-3621**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Orthopaedic and Sports Medicine Specialists**

**GENOVESE, Judge.**

For the reasons assigned this day in the companion case of *Anthony Marquez v. Progressive Ins. Co., et al.*, 06-1024 (La.App. 3 Cir. _/_/06), --- So.2d ---, this matter is affirmed.  Costs of this appeal are assessed against Plaintiff/Appellant, Anthony Marquez.

**AFFIRMED.**